IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIANA McFINEE, #22021078, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| OFFICER THOMAS, *et al.*, | ) ) |
| Defendants. | )  Civil Action No. 3:22-CV-3270-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be dismissed without prejudice for failure to comply with a court order.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that this civil action be **DISMISSED** without prejudice.

SO ORDERED.

Dated October 24, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.